3

DEBRA A. RILEY (BAR NO. 151925)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: driley@allenmatkins.com

Attorneys for Debtor
COMMUNITY FACILITIES DISTRICT NO. 1990-1
(WILDWOOD ESTATES), NEVADA COUNTY,
CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COMMUNITY FACILITIES DISTRICT NO. 1990-1 (WILDWOOD ESTATES), NEVADA COUNTY, CALIFORNIA,<br><br>Debtor. | Case No. 2015-23888<br><br>Chapter 9<br><br>DCN: AM-1<br><br>**CFD 1990-1'S STATEMENT OF QUALIFICATIONS UNDER SECTION 109(c)**<br><br>Date:     TBD<br>Time:     TBD<br>Dept.:    TBD<br>Judge:   TBD |

Community Facilities District No. 1990-1 (Wildwood Estates), Nevada County, California ("CFD 1990-1"), by and through its counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), hereby certifies its qualifications to be a debtor under section 109(c) of the United States Bankruptcy Code,[1] as follows:

1.      CFD 1990-1 is a community facilities district established by the Board of Supervisors of the County of Nevada on March 20, 1990, pursuant to the Mello-Roos Act (Cal. Gov't. Code §§ 53311-53368.3) (Resolution No. 90-142).  As such, CFD 1990-1 is a municipality, as such term is defined in Section 101(40) of the Bankruptcy Code.

2.      CFD 1990-1 is specifically authorized in its capacity as a municipality to be a debtor under chapter 9 by the laws of the State of California.  Cal. Gov't. Code § 53760.  As mandated by section 53760, CFD 1990-1 participated with interested parties in a neutral evaluation process.  CFD 1990-1 negotiated in good faith, and although not unanimous, it has obtained the agreement of creditors holding at least a majority in amount of the claims of each class CFD 1990-1 intends to impair under its plan of adjustment.  Cal. Gov't. Code § 53760(a). On April 28, 2015, the Board of Supervisors of the County of Nevada, the legislative body of CFD 1990-1, authorized the commencement and prosecution of this chapter 9 case.

3.      CFD 1990-1 is insolvent within the meaning of Section 101(32)(C) of the Bankruptcy Code.  CFD 1990-1 has been, and continues to be, unable to meet its financial obligations as and when those obligations become due.  CFD 1990-1 has not paid interest or principal to the holders of the bonds since 2002, nor has it been able to pay its administrative expenses.

4.      CFD 1990-1 desires to effect a plan to adjust its debts.

5.      CFD 1990-1 has negotiated in good faith, and although not unanimous, it has obtained the agreement of creditors holding at least a majority in amount of the claims of each class CFD 1990-1 intends to impair under its plan of adjustment.

---

[1]    11 U.S.C. sections 101-1532 (2008) ("Bankruptcy Code").

This Statement of Qualifications Under Section 109(c) is supported by a Memorandum of Law and Fact to be filed under separate cover.

Dated: May 12, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:    /s/ Debra A. Riley
DEBRA A. RILEY
Attorneys for Debtor
COMMUNITY FACILITIES DISTRICT
NO. 1990-1 (WILDWOOD ESTATES),
NEVADA COUNTY, CALIFORNIA

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF MUNICIPALITY**

I, Richard A. Haffey, Chief Executive Officer of the County of Nevada, California, am the authorized agent of Community Facilities District No. 1990-1 (Wildwood Estates), Nevada County, California, the named debtor in this case. I declare under penalty of perjury that I have read the foregoing Statement of Qualifications Under Section 101(c), and that it is true and correct to the best of my information and belief.

Dated: May 12, 2015

Richard A. Haffey
Chief Executive Officer of the County of
Nevada, California on behalf of Community
Facilities District No. 1990-1 (Wildwood
Estates), Nevada County, California